**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Kelvin Lacey, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING JOINT STIPULATION** |
| | ) | **TO EXTEND MOTION DEADLINES** |
| vs. | ) | |
| | ) | |
| Nabors Completion & Production | ) | |
| Services; and C&J Spec-Rent | ) | |
| Services, Inc., d/b/a C&J Energy | ) | Case No. 1:18-cv-244 |
| Services, | ) | |
| | ) | |
| Defendants. | ) | |

On February 26, 2019, the parties filed a Joint Stipulation to Extend Motions Deadlines. The court **ADOPTS** the parties' stipulation (Doc. No. 27). Defendants' motion to dismiss and supporting brief are due by March 15, 2019. It may be filed with this court order the Bankruptcy Court for the Southern District of Texas. Plaintiff's response to defendants' motion is due by April 15, 2019, or as otherwise provided for in the Bankruptcy rules if filed with the Bankruptcy Court for the Southern District of Texas.

**IT IS SO ORDERED.**

Dated this 27th day of February, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court