# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Kelvin Lacey, | ) |
|     Plaintiff, | ) |
| | ) **ORDER ADOPTING JOINT STIPULATION** |
| vs. | ) **TO EXTEND MOTION DEADLINES** |
| | ) |
| Nabors Completion & Production Services; and C&J Spec-Rent Services, Inc., d/b/a C&J Energy Services, | ) |
| | ) Case No. 1:18-cv-244 |
|     Defendants. | ) |

On March 15, 2019, the parties filed a Joint Stipulation to Extend Motions Deadlines. The court **ADOPTS** the parties' stipulation (Doc. No. 29). Defendants' motion to dismiss and supporting brief are due by March 22, 2019. It may be filed with this court or the Bankruptcy Court for the Southern District of Texas. Plaintiff's response to defendants' motion is due by April 22, 2019, or as otherwise provided for in the Bankruptcy rules if filed with the Bankruptcy Court for the Southern District of Texas. Defendants' reply is due by May 3, 2019, or as otherwise provided for in the Bankruptcy rules if filed with the Bankruptcy Court for the Southern District of Texas.

**IT IS SO ORDERED.**

Dated this 15th day of March, 2019.

                                                   */s/ Charles S. Miller, Jr.*
                                                 Charles S. Miller, Jr., Magistrate Judge
                                                 United States District Court