# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Kelvin Lacey, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| Nabors Completion & Production Services; and C&J Spec-Rent Services, Inc., d/b/a C&J Energy Services, | ) |
| | ) Case No. 1:18-cv-244 |
| Defendants. | ) |

On July 10, 2019, the parties filed a Stipulation for Dismissal. The court **ADOPTS** the stipulation (Doc. No. 32) and **DISMISSES** the above entitled action with prejudice and without costs or disbursements to any of the parties.

**IT IS SO ORDERED.**

Dated this 22nds day of July, 2019.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court